**Note: Changes made by the Court**

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS B. LOVE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> THE CITY OF INGLEWOOD, CALIFORNIA; BRAYANT VITELA; OFFICER DUNN; and DOES 1-10, inclusive, <br><br> Defendants. | CASE No.: 2:22-cv-08336-RGK-JPR <br><br> [*Honorable GARY KLAUSNER*] <br><br> **ORDER ON STIPULATION AND JOINT REQUEST FOR ORDER DISMISSING PLAINTIFF'S CLAIMS AND ENTIRE CIVIL ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** <br><br> **[32]** |

PURSUANT TO THE JOINT STIPULATION OF THE PARTIES

**ORDER DISMISSING PLAINTIFF'S CLAIMS AND ENTIRE CIVIL ACTION WITH PREJUDICE.**

1. The Court hereby Orders the dismissal with prejudice of all plaintiff's claims against defendants.

2. This dismissal constitutes a mutual waiver of all costs, court fees, and attorneys' fees arising out of claims between plaintiff and defendants.

**IT IS SO ORDERED.**

Dated: April 25, 2023

_____
Hon. R Gary Klausner
United States District Judge